Julie R. Trotter, Bar No. 209675
  jtrotter@calljensen.com
Ryan M. McNamara, Bar No. 223606
  rmcnamara@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendant Chevron U.S.A. Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>    Plaintiff,<br><br>vs.<br><br>W K M ASSOCIATES, INC. dba MAGUIRE'S CHEVRON; CHEVRON U.S.A. INC.,<br><br>    Defendants. | Case No.  1:16-cv-01222 DAD-EPG<br><br>**ORDER ON STIPULATION TO FURTHER EXTEND TIME FOR CHEVRON U.S.A.  INC. TO RESPOND TO INITIAL COMPLAINT** |

CHE06-05:16cv1222.Acosta v WKM.O.Stipulation to Extend Time to Respond to Complaint.ajt:10-12-16   - 1 -
ORDER ON STIPULATION TO FURTHER EXTEND TIME FOR CHEVRON U.S.A.  INC. TO RESPOND TO INITIAL COMPLAINT

1  Pursuant to the stipulation of parties and for good cause shown, Defendant
2  Chevron U.S.A. Inc.'s deadline to respond or otherwise plead to the complaint filed in
3  this matter is further extended to November 4, 2016.
4
5  IT IS SO ORDERED.
6
7  Dated:   **October 12, 2016**         /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE