1  Tanya E. Moore, SBN 206683
Zachary M. Best, SBN 166035
2  MOORE LAW FIRM, P.C.
332 North Second Street
3  San Jose, California  95112
Telephone (408) 298-2000
4  Facsimile (408) 298-6046
Email:  service@moorelawfirm.com
5
Attorneys for Plaintiff
6  Jose Acosta

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  JOSE ACOSTA,                              )  No.  1:16-cv-01222-DAD-EPG
                                            )
12            Plaintiff,                      )  **STIPULATION FOR CONTINUANCE OF**
                                            )  **MANDATORY SCHEDULING**
13       vs.                                 )  **CONFERENCE; ORDER THEREON**
                                            )
14  W K M ASSOCIATES, INC., dba              )
MAGUIRE'S CHEVRON, et al.,                )
15                                           )
                                            )
16            Defendants.                    )
                                            )
17                                           )
                                            )
18  _____)

19       WHEREAS, a Mandatory Scheduling Conference in this action is currently set for

20  November 30, 2016, pursuant to the Court's Minute Order dated September 1, 2016 (Dkt. 8);

21       WHEREAS, Plaintiff, Jose Acosta ("Plaintiff"), and Defendants, W K M Associates,

22  Inc. dba Maguire's Chevron, and Chevron U.S.A. Inc. (collectively "Defendants," and together

23  with Plaintiff, "the Parties"), are engaging in settlement discussions and wish to exhaust such

24  efforts before incurring the fees and costs associated with the Scheduling Conference, and to

25  conserve Court resources;

26  //

27  //

28  //

1    NOW, THEREFORE, Plaintiff and Defendants, by and through their respective counsel,

2 stipulate to a continuance of the Mandatory Scheduling Conference currently set for November

3 30, 2016 to a date at the Court's convenience on or after January 17, 2017.

4

5 Dated: November 17, 2016                    MOORE LAW FIRM, P.C.

6

7                                             */s/ Tanya E. Moore*
                                             Tanya E. Moore
8                                             Attorneys for Plaintiff,
                                             Jose Acosta
9

10
   Dated: November 17, 2016                   STAMMER, McKNIGHT,
11                                            BARNUM & BAILEY LLP

12

13                                            */s/ Michael R. Hergenroether*
                                             Michael R. Hergenroether
14                                            Attorneys for Defendant,
                                             W K M Associates, Inc. dba Maguire's Chevron
15

16
   Dated: November 17, 2016                   CALL & JENSEN
17                                            A Professional Corporation

18

19                                            */s/ Ryan M. McNamara*
                                             Ryan M. McNamara
20                                            Attorneys for Defendant,
                                             Chevron U.S.A. Inc.
21

22

23

24

25

26

27

28

# **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for November 30, 2016 is continued to January 30, 2017 at 9:30 AM before Magistrate Judge Erica P. Grosjean. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated:   **November 17, 2016**          /s/ *Erica P. Grosjean*
                                UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE;
[PROPOSED] ORDER